UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA for the use of
WALTHAM LIME & CEMENT COMPANY,
    Plaintiff,

v.                                                  Civil Action No. 1:05-cv-10138 NG

PEABODY CONSTRUCTION CO., INC., ODF
CONTRACTING CO., INC.
COMPANIES, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA,
    Defendants.

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please enter the appearance of Bradford R. Carver as counsel for Travelers Casualty and Surety Company of America in the above-entitled action.

                                        Respectfully Submitted,
                                        **TRAVELERS CASUALTY & SURETY**
                                        **COMPANY OF AMERICA**
                                        By its attorneys,

                                        /s/ Bradford R. Carver
                                        _____
                                        Bradford R. Carver, BBO #565396
                                        Cetrulo & Capone LLP
                                        Two Seaport Lane, 10th Floor
                                        Boston, MA 02110
                                        (617) 217-5500

Date: February 4, 2005

01037-0033
360009v1