UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of<br>WALTHAM LIME & CEMENT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PEABODY CONSTRUCTION CO., INC.,<br>ODF CONTRACTING CO., INC.,<br>HOON COMPANIES, INC., and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action<br>No. 05-10138 NG |

**APPLICATION FOR ORDER OF NOTICE**

Plaintiff Waltham Lime & Cement Company ("Waltham Lime") respectfully requests that this Court issue an Order Of Notice with respect to Defendant ODF Contracting Co., Inc. ("ODF"), a bankrupt that is no longer in operation at its business address and cannot be located. A proposed Order Of Notice is attached hereto as Exhibit A.  As grounds therefore, Waltham Lime states the following:

**I. Factual Background**

1.    In this action, Waltham Lime is seeking damages under the Miller Act, 40 U.S.C. §§ 3131 - 3134, for failure to pay monies rightfully owed for materials supplied, in *quantum meruit*, and for false representations concerning the involvement of a federal agency in the subject project.

2.    The Defendant, ODF Contracting Co. Inc. ("ODF"), is a Massachusetts corporation that has had a usual place of business at 60 Gerard Street, Boston, Suffolk County,

{K0299188.1}

Massachusetts. ODF's sole officer and director, according to the latest filing with the Massachusetts Secretary Of State, is Oliver D. Fernandez, Jr. <u>See</u> Massachusetts Corporation Annual Report, October 6, 2001, attached hereto as Exhibit B.

3. On or about February 13, 2004, an Involuntary Petition was filed in the United States Bankruptcy Court for the District Of Massachusetts entitled <u>In re ODF Contracting Co., Inc.</u>, Case No. 04-11125 WCH (Chapter 7-Involuntary) as to ODF by the Massachusetts Laborers' Health & Welfare Fund, the Massachusetts Laborers' Pension Fund, and the Massachusetts Laborers' Annuity Fund.

4. On July 1, 2004, Waltham Lime obtained an order granting it relief from the Automatic Stay as to ODF from the United States Bankruptcy Court for the District Of Massachusetts.

5. Waltham Lime filed the instant action on January 21, 2005.

6. On February 18, 2005, as shown by the documents attached hereto as Exhibit C, the originals of which have been previously filed with this Court, Deputy Sheriff Robert Foscaldo of Suffolk County made return that he was unable to serve either the offices or the officers, stockholders, agents, or attorneys of ODF within his precinct. It appears from the return that a security guard at 60 Gerard Street informed Mr. Foscaldo that ODF had been out of business for eighteen months and was no longer located at that address.

## II. Argument

Under Federal Rule of Civil Procedure 4(h)(1), service on a domestic corporation may be made by delivering a copy of the process to "an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process."

{K0299188.1}                         2

When a Massachusetts corporation cannot be located, Massachusetts law authorizes substitute service on the Massachusetts Secretary of State. If "an officer authorized to serve legal process makes a return on [process directed to a Massachusetts corporation] that, after diligent search, he can find no one upon whom he can lawfully make service . . . the court to which such process is returned may upon application issue an order of notice to such corporation, directing it to appear and answer within a designated period." Mass. G. L. c. 223 § 37.

Deputy Sheriff Robert Foscaldo has made such a return. He has attempted without success to serve the bankrupt ODF and its officers, directors, and shareholders at ODF's business address, and service has been returned to the Court showing this fact.

Should the requested Order Of Notice issue, Waltham Lime will deliver copies of it and the requisite papers to the office of the Massachusetts Secretary Of State, which will, after following the statutory procedures, provide this Court with a certificate of service. Such service is deemed sufficient service on a Massachusetts corporation. Mass. G.L. c. 223 § 37.

Accordingly, so that it may effectuate service on ODF, a bankrupt, Waltham Lime respectfully requests that this Court issue an Order of Notice, in the form attached hereto as Exhibit A.

                              Respectfully submitted,

                              WALTHAM LIME & CEMENT COMPANY

                              By its attorneys,

                              /s/ David Hobbie
                              Anthony M. Moccia – BBO#350225
                              David B. Hobbie – BBO #637107
                              ECKERT SEAMANS CHERIN & MELLOTT, LLC
                              One International Place, 18th Flr.
                              Boston, Massachusetts 02110
                              Telephone: (617) 342.6800

DATED: March 21, 2005

## Rule 7.1 Certification

I, David B. Hobbie, certify that the 16th day of March, 2005, I conferred with counsel for the defendants, Peabody Construction Co., Inc. and Hoon Companies, Inc., Sabatino F. Leo, Esq., and counsel for Travelers Casualty And Surety Company of America, Jonathan Burwood, Esq. concerning the within Application For Order Of Notice. Mr. Burwood has indicated that he does not oppose the Application For Order Of Notice.

_____
David B. Hobbie

## CERTIFICATE OF SERVICE

I, David B. Hobbie, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on March 21 2005, as follows:

Charles Plunkett, Esq.
Vena Riley Deptula, LLP
250 Summer Street
Boston, MA 02210
*counsel for Peabody Construction Company, Inc., and Hoon Companies, Inc.*

Jonathon Burwood, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, Massachusetts 02210
*counsel for Travelers Casualty and Surety Company Of America*

_____
David B. Hobbie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of<br>WALTHAM LIME & CEMENT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PEABODY CONSTRUCTION CO., INC.,<br>ODF CONTRACTING CO., INC.,<br>HOON COMPANIES, INC., and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action<br>No. 05-10138 NG |

**ORDER OF NOTICE**

The matter having come before this Court on the Application For An Order Of Notice of the Plaintiff, Waltham Lime & Cement Company, and this Court having been provided with return on process with respect to Defendant, ODF Contracting Co., Inc., indicating that, after diligent search, Mr. Robert Foscaldo, Deputy Sheriff of Suffolk County, can find no one within his precinct or at the business address of said Defendant upon whom he can lawfully make service of process, IT IS ORDERED that Defendant, ODF Contracting Co., Inc., is required to appear and answer in this action within thirty (30) days hereof.

A copy of the legal process directed to ODF Contracting Co., Inc. is attached hereto.

_____, Judge

Date:

"A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of<br>WALTHAM LIME & CEMENT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PEABODY CONSTRUCTION CO., INC.,<br>ODF CONTRACTING CO., INC.,<br>HOON COMPANIES, INC., and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action<br>No. 05-10138 NG |

**ORDER OF NOTICE**

The matter having come before this Court on the Application For An Order Of Notice of the Plaintiff, Waltham Lime & Cement Company, and this Court having been provided with return on process with respect to Defendant, ODF Contracting Co., Inc., indicating that, after diligent search, Mr. Robert Foscaldo, Deputy Sheriff of Suffolk County, can find no one within his precinct or at the business address of said Defendant upon whom he can lawfully make service of process, IT IS ORDERED that Defendant, ODF Contracting Co., Inc., is required to appear and answer in this action within thirty (30) days hereof.

A copy of the legal process directed to ODF Contracting Co., Inc. is attached hereto.

_____, Judge

Date:

{K0299188.1}

"B"

Case 1:05-cv-10138-NG   Document 6   Filed 03/21/2005   Page 9 of 19



**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

FEE: $85.00

02 0006020

NOTE: PLEASE TYPE OR PRINT CLEARLY! INSTRUCTIONS ON OTHER SIDE.

# MASSACHUSETTS CORPORATION ANNUAL REPORT

Federal Identification No. __04-2742932__

1. The *exact* name of the corporation is: __ODF Contracting Company Inc__

2. Location of its principal office in Massachusetts: __60 Gerard Street__
   (number and street)
   __Boston__                    __Massachusetts__    __02119__
   (city or town)                  (state)              (zip)

NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:

_____
(number & street)    (city or town)    (state)    (zip)

3. Name and address of the Resident Agent, if any: _____
   (name)

_____
(number & street)    (city or town)    (zip)

4. Date of the end of the last fiscal year was: __October__  __31__  __2001__
   (month)  (day)  (year)

5. Check here if the corporation stock is publicly traded: ☐

6. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
|---|---|---|---|---|
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | NO PAR | 5,000 | | 1,000 |
| PREFERRED: | | | | |

7. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
|---|---|---|---|
| PRESIDENT | Oliver D Fernandez, Jr | 60 Gerard Street Boston, MA | Next Annual Meeting |
| TREASURER | same as above | same as above | |
| CLERK | same as above | same as above | |
| DIRECTORS | same as above | same as above | |

I, the undersigned __Oliver D. Fernandez, Jr__, being the __President__ of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this __6th__ day of __October__, 20__01__.

Signature: _____  Title: __President__

"C"

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

United States of America for the use of    **SUMMONS IN A CIVIL CASE**
V.  Waltham Lime & Cement Company,

Plaintiff,

Peabody Construction Co., Inc.,
ODF Contracting Co., Inc.,         CASE NUMBER:    05-10138 NG
Hoon Companies, Inc. and
Travelers Casualty and Surety Company
of America,                                **05 10138 NG**

Defendants

TO: (Name and address of Defendant)

ODF Contracting Co., Inc. and/or Oliver D. Hernandez
60 Gerard Street
Boston, MA 02119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony M. Moccia, Esquire
David B. Hobbie, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110

Telephone: 617-342-6800
Facsimile: 617-342-6899

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB - 3 2005

CLERK                                      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　Date　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Suffolk County Sheriff's Department
## Civil Process Division
### Diligent Search



**ANDREA J. CABRAL**
SHERIFF

**LAWRENCE W. McGRATH, ESQ.**
CHIEF DEPUTY

DOCKET NUMBER: _05002762_

ORIGINAL ADDRESS: _60 Gerard St_
_Boston_

**I WAS UNABLE TO SERVE DEFENDANT BECAUSE:**

☐ NO STREET BY THIS NAME

☐ NO SUCH NUMBER ON GIVEN STREET

☐ DEFENDANT MOVED TO: _____

☐ DEFENDANT AWAY UNTIL _____

☐ OTHER: _____

**I HAVE ATTEMPTED TO FIND AN ALTERNATIVE ADDRESS BY CHECKING THE FOLLOWING:**

                                                                 DATE COMPLETED

☐ CALLED THE ATTORNEY FOR ALTERNATE ADDRESS      __/__/__

☐ CHECKED THE REGISTRY OF MOTOR VEHICLE FILE      __/__/__

☐ CHECKED FOR TELEPHONE LISTING                   __/__/__

☐ CHECKED COLES PUBLICATION                       __/__/__

☐ CHECKED IN COMPUTER/ELECTRONIC DATABASE         __/__/__

☒ INTERVIEWED ~~NEIGHBOR OR RELATIVE~~            2/18/05

COMMENTS/NEW ADDRESS: _Out of Buisness 18 months ago — per Security Guard_

TRANSFERRED TO DEPUTY: _____

_2/18/05_  _____  617-989-6999 EXT ____
          DEPUTY SHERIFF

**SUFFOLK ss**                **BOSTON**                **Feb 18, 2005**

I this day made diligent search for the within named defendant corporation

**ODF Contracting CO., Inc as within described**

and for its officers, stockholders, agents or attorney but I have been unable to find either within my precinct known to me as such and duly accredited and therefore could make no service on this precept upon said defendant corporation.

Fees Expenses Incurred:  $ 15.00

Deputy Sheriff




PLEASE INDICATE INVOICE NUMBER OF YOUR REMITTANCE

# Suffolk County Sheriff's Department
## Civil Process Division

45 BROMFIELD STREET, 5TH FLOOR, BOSTON, MA 02108 — (617) 989-6999

**ANDREA J. CABRAL**
SHERIFF

**LAWRENCE W. McGRATH, ESQ.**
CHIEF DEPUTY

David Hobbie
Eckert Seamans
One International Place
18th Floor
Boston, MA 02110-110-

Amount Due: $ 15.00
Invoice #:    05002762
Invoice Date: 03/07/2005

Phone:(617) 342-6800

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

**Payment Due Upon Receipt**     Writ: Summons, Complaint and Cover Sheet and Catogory Sheet, Letter

Please send a copy of this invoice with your remittance

United States Of America For the use Of
vs.
ODF Contracting Co., Inc. and/or Oliver

Invoice #:    05002762
Invoice Date: 03/07/2005

Serve:        ODF Contracting Co., Inc. and/or Oliver
              60 Gerard Street
              Boston, MA 02119

Served by Deputy Sheriff: Robert Foscaldo  32
Service Date:  02/18/2005   Time:  11:22AM
Method of Service: Diligent Search/Unable to Proceed

| Charge | Amount |
|---|---|
| D/S In State | 15.00 |
| **Total Charges** | 15.00 |

| Payment Date | Check Number | Amount |
|---|---|---|

**Payment Total**

Amount Due:  $ 15.00

"D"

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

United States of America for the use of
W. Waltham Lime & Cement Company,

    Plaintiff,

Peabody Construction Co., Inc.,
ODF Contracting Co., Inc.,
Hoon Companies, Inc. and
Travelers Casualty and Surety Company
  of America,

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10138 NG

05 10138 NG

TO: (Name and address of Defendant)

ODF Contracting Co., Inc. (c/o John Aquino, Bankruptcy Trustee for ODF Contracting)
60 Gerard Street
Boston, MA 02119

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony M. Moccia, Esquire
David B. Hobbie, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110

Telephone: 617-342-6800
Facsimile: 617-342-6899

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  FEB 3 2005

# RETURN OF SERVICE

| | DATE |
|---|---|
| NAME OF | |
| Chec | |

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

March 7, 2005
I hereby certify and return that on 3/2/2005 at 3:40PM I served a true and attested copy of the Summons, Complaint and Cover Sheet and Letter, Catogory Sheet in this action in the following manner: To wit, by delivering in hand to J.Aquino, agent and person in charge at the time of service for ODF Contracting Co., Inc., at C/o John Aquino, Esquire, Trustee, 260 Franklin Street, Anderson & Aquinio, LLP Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $49.00.

Deputy Sheriff    John Cotter

                                                                                Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                       Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.