# UNITED STATES DISTRICT COURT

District of __Massachusetts__

United States of America for the use of
W. Waltham Lime & Cement Company,

    Plaintiff,

Peabody Construction Co., Inc.,
ODF Contracting Co., Inc.,
Hoon Companies, Inc. and
Travelers Casualty and Surety Company
    of America,

    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-10138 NG

05 10138 NG

TO: (Name and address of Defendant)

ODF Contracting Co., Inc.  (c/o John Aquino, Bankruptcy Trustee for ODF Contracting)
60 Gerard Street
Boston, MA  02119

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony M. Moccia, Esquire
David B. Hobbie, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA  02110

Telephone:  617-342-6800
Facsimile:  617-342-6899

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  FEB 2 2005


## RETURN OF SERVICE

| | DATE |
|---|---|
| NAME OF | |
| Chec | |

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

March 7, 2005

I hereby certify and return that on 3/2/2005 at 3:40PM I served a true and attested copy of the Summons, Complaint and Cover Sheet and Letter, Catogory Sheet in this action in the following manner: To wit, by delivering in hand to J.Aquino, agent and person in charge at the time of service for ODF Contracting Co., Inc., at C/o John Aquino, Esquire, Trustee, 260 Franklin Street, Anderson & Aquinio, LLP Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $49.00

Deputy Sheriff   John Cotter                             _____
                                                          Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                    *Signature of Server*

                                   _____
                                    *Address of Server*