UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA for the use of
WALTHAM LIME & CEMENT COMPANY,
    Plaintiff,

v.                                  Civil Action No. 1:05-cv-10138 NG

PEABODY CONSTRUCTION CO., INC., ODF
CONTRACTING CO., INC.
COMPANIES, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA,
    Defendants.

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please enter the appearance of Jonathan C. Burwood as counsel for Travelers Casualty and Surety Company of America in the above-entitled action.

    Respectfully Submitted,
    **TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**
    By its attorneys,

    /s/ Jonathan C. Burwood
    _____
    Bradford R. Carver, BBO #565396
    Jonathan C. Burwood, BBO #643674
    Cetrulo & Capone LLP
    Two Seaport Lane, 10th Floor
    Boston, MA 02110
    (617) 217-5500

Date: March 24, 2005

366626v1