## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of WALTHAM LIME & CEMENT COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>PEABODY CONSTRUCTION, INC., ODF CONTRACTING CO., INC., HOON COMPANIES, INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>        Defendants. | CIVIL ACTION NO. 05-10138 NG |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Travelers Casualty & Surety Company of America is as follows:

        **Hinshaw & Culbertson LLP**
        **One International Place, 3rd Floor**
        **Boston, MA 02110**
        **Telephone:  (617) 213-7000**
        **Fax:  (617) 213-7001**

                Respectfully Submitted,
**TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**
By its attorneys,

/s/ Jonathan C. Burwood
_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO#643674
HINSHAW & CULBERTSON LLP
One International Place, 3rd Floor
Boston, MA  02110
(617) 213-7000

Date:  July 13, 2005