UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA for the use of
WALTHAM LIME & CEMENT COMPANY,
    Plaintiff,

v.                                            Civil Action No. 1:05-cv-10138 NG

PEABODY CONSTRUCTION CO., INC., ODF
CONTRACTING CO., INC.
COMPANIES, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA,
    Defendants.

### NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Travelers Casualty and Surety Company of America is as follows:

Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000
Fax: (617) 213-7001

Respectfully Submitted,

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
By its attorneys,

_____
Bradford R. Carver, BBO #565396
Jonathan C. Burwood, BBO #643674 Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone: (617) 213-7000

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, hereby certify that I have, on this 20th day of July 2005, served a copy of this Notice of Change of Address of Counsel for Travelers Casualty and Surety Company of America thereof by First Class Mail, postage prepaid upon:

David Hobbie, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Fl.
Boston, MA 02210

Edward F. Vena
Charles A. Plunkett
Vena, Riley, Deptula, LLP
250 Summer Street, 2nd Floor
Boston, MA 02210

_____ FOR
Bradford R. Carver