UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA for the use of
WALTHAM LIME & CEMENT COMPANY,

      Plaintiff,

v.                                    **Civil Action No. 1:05-cv-10138 NG**

PEABODY CONSTRUCTION CO., INC., ODF
CONTRACTING CO., INC.
COMPANIES, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA,

      Defendants.

### NOTICE OF CHANGE OF ADDRESS FOR COUNSEL

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for defendant Travelers Casualty & Surety Company is as follows:

**Hinshaw & Culbertson LLP**
**One International Place, 3rd Floor**
**Boston, MA 02110**
**Telephone: (617) 213-7000**
**Fax: (617) 213-7001**

34012845v1 026

       Respectfully Submitted,
       **Travelers Casualty & Surety Company of America**

       By its attorneys,

       /s/ Bradford R. Carver
       _____
       Bradford R. Carver, BBO #565396
       Jonathan Burwood, BBO# 643674
       Hinshaw & Culbertson LLP
       One International Place, 3rd Floor
       Boston, MA 02110
       Telephone:  (617) 213-7000

Date:  August 3, 2005