UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of<br>WALTHAM LIME & CEMENT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PEABODY CONSTRUCTION CO., INC.,<br>ODF CONTRACTING CO., INC.,<br>HOON COMPANIES, INC., and<br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>    Defendants. | Civil Action<br>No. 05-10138 NG |

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THE COURT:

Pursuant to Local Rule 83.5.2(c), please enter my withdrawal from representation of the Plaintiff, Waltham Lime & Cement Company, in this matter. Attorney Anthony M. Moccia of this firm continues to represent the Plaintiff.

                                                    [signature]
                                        David B. Hobbie – BBO #637107
                                        ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                        One International Place, 18th Flr.
                                        Boston, Massachusetts 02110
                                        Telephone: (617) 342.6800

DATED: ~~March __, 2005~~ *September 30* [handwritten: NOVEMBER 2, 2005]

## CERTIFICATE OF SERVICE

I, David B. Hobbie, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on ~~September 30, 2005~~ NOVEMBER 2, 2005, as follows:

Jonathon Burwood, Esq.
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110

*counsel for Travelers Casualty and Surety Company Of America*

_____
David B. Hobbie

{K0299188.1}                                2