## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of WALTHAM LIME & CEMENT COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>PEABODY CONSTRUCTION CO., INC., ODF CONTRACTING CO., INC., HOON COMPANIES, INC., and TRAVELERS CASUALTY AND SURETY COMP ANY OF AMERICA,<br><br>　　Defendants. | Civil Action No. 05-10138 NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties and hereby stipulate and agree pursuant to Rule 41(a)(1)(ii) of the <u>Federal Rules of Civil Procedure</u> that the within action be dismissed, with prejudice, and without costs. The parties further stipulate that all rights of appeal are waived.

　　　　　　　　　　　　　　　　WALTHAM LIME & CEMENT COMPANY


　　　　　　　　　　　　　　　　/s/ Anthony Moccia
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Anthony Moccia, BBO# 350225
　　　　　　　　　　　　　　　　ECKERT SEAMANS CHERIN & MELLOTT, LLC
　　　　　　　　　　　　　　　　One International Place, 18th Floor
　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　Telephone: (617) 342-6800
　　　　　　　　　　　　　　　　Facsimile: (617) 342-6899

PEABODY CONSTRUCTION CO., INC. and
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

/s/ Jonathan C. Burwood
_____
Jonathan C. Burwood, BBO #643674
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, Massachusetts 02110
Telephone: (617) 213-7000
Facsimile: (617) 213-7001

Date: March 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 22, 2006.

/s/ Jonathan C. Burwood
_____
Jonathan C. Burwood